## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

        v.                                             No. 1:24-cv-2870 (JEB)

MINERCO, INC., BOBBY SHUMAKE JAPHIA,
and JULIUS MAKIRI JENGE,

                        Defendants.

## NOTICE OF FILING CONSENT BIFURCATED JUDGMENT
## AS TO DEFENDANT JULIUS MAKIRI JENGE

Plaintiff Securities and Exchange Commission hereby notifies the Court that Defendant

Julius Makiri Jenge has consented to judgment as to liability regarding the claims against him in

this matter.  That consent is filed herewith.  Consequently, the Commission requests that the

Court enter the bifurcated judgment in the form attached, which establishes liability but reserves

judgment on remedies until after the criminal case against Julius Makiri Jenge has concluded.

The Commmission has conferred with intervenor Department of Justice, which expressed

no opposition to the entry of judgment in the form attached.

Dated: January 21, 2025                Respectfully submitted,

                                    /s/ Damon W. Taaffe

                                    Damon W. Taaffe
                                    Trial Counsel
                                    U.S. Securities and Exchange Commission
                                    100 F Street, N.E.
                                    Washington, DC 20549
                                    Tel: (202) 551-7420
                                    taaffed@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January, 2025, I caused the foregoing notice of

filing to be served on Defendants Julius Makiri Jenge and Minerco, Inc. by electronic mail at:

juliusjenge@gmail.com

I also caused the foregoing notice of filing to be served on Defendant Bobby Shumake Japhia by

mail at:

Bobby Shumake Japhia
18586 Capitol Drive
Southfield, MI 48075

/s/ Damon W. Taaffe
Damon W. Taaffe